UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TED J. MATHERNE, SR., ET AL. | CIVIL ACTION |
| VERSUS | 22-2656 |
| HUNTINGTON INGALLS INCORPORATED, ET AL. | SECTION: "J"(2) |

### ORDER & REASONS

Before the Court is a *Motion to Stay* **(Rec. Doc. 154)** filed by Sparta Insurance Company ("Sparta"). Plaintiffs have filed an opposition (Rec. Doc. 157) to which Sparta has replied (Rec. Doc. 164). Sparta wishes to stay the claims brought against it in this matter due to the first-filed declaratory action taking place in the District of Massachusetts titled *Sparta Insurance Company v. Pennsylvania General Insurance Company*, No. 21-11205. This Court has already stayed the claims against Pennsylvania General Insurance Company ("PIC") in this matter (Rec. Doc. 106). Furthermore, in *Rivet v. Huntington Ingalls, Inc.*, No. 22-2584, Rec. Doc. 94 (E.D. La. May 12, 2023), this Court encountered a similar issue regarding a request to amend a complaint to add Sparta as a party. The Court allowed the plaintiffs to amend their complaint to add Sparta but also stayed those claims based on the same Massachusetts litigation at issue here. For the same reasons as in *Rivet*, the Court finds it proper to stay the claims against Sparta in order to allow the Massachusetts Court to first determine whether PIC or Sparta is responsible for paying the claims of the now defunct American Employers Insurance Company.

New Orleans, Louisiana, this 23rd day of January, 2024.

                                             _____
                                             CARL J. BARBIER
                                             UNITED STATES DISTRICT JUDGE